U.S. DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

Jonathan Lee Riches© d/b/a
"MR. Mastercard",
Plaintiff

CIVIL NO: 1:07 cv 130

V.

CRANDALL CANYON MINE;
BOB MURRAY CEO MURRAY ENERGY;
SAGO MINE, WEST VIRGINIA,
DEFENDANT'S

CIVIL COMPLAINT
" MINE CRIMES"

This is a civil action pursuant to violation of the Federal Racketeer Influenced and Corruption Organizations Act (RICO) 18 USC 1961, Violation of the Hobbs act 18 USC 1951, Coal mining without a Liscence, Tax fraud, violation of safety and standards, violation of civil rights, and hiding the truth

Comes Now the Plaintiff, Jonathan Lee Riches© A/K/A "Economic Pontiff" d/b/a "MR. Mastercard", currently in the witness protection plan, in pro-se, Moves this Honorable court to issue an order for Defendants named in this suit to respond. Plaintiff seeks statutory damages for copyright infringement pursuant to 17 USC 504(c), and injunctive relief pursuant to 17 USC 502 and 503, Prohibiting BOB Murray from further infringing illegal conduct and requiring him to compensate all Crandall Canyon Mine victims, and requiring him to destroy all copies of Jonathan Lee Riches© material. Plaintiff seeks 28,000,000,000.00 Billion dollars in damages, Ft. Knox money. Plaintiff respectfully prays this Honorable court for relief.

### 1

Plaintiff Jonathan Lee Riches©, is a trained mercenary for Napoleon's army, specializing in Kung fu Kicks, I eat Nails for Breakfast!

Defendant Bob Murray CEO of Murray Energy is a cross dressing Polygamist. This Money greedy, overweight chain smoker needs to be put at FCI Williamsburg for mine crimes. Mr. Murray has been operating unsafe mines for years with impunity. I personally pray every day for the trapped miners!
Bob Murray is so cheap he can't even afford a hair piece.
I compel this honorable court to issue an order for the continued Rescue Attempt on our fellow American miners.

### 2

Bob Murray told me personally on 8-21-07 8:32pm in a prison phone call conversation that he stopped all rescue attempts at Crandall Canyon mine because he is hiding his leader Osama Bin Laden in the mine.

### 3

Bob Murray wrote me a letter at FCI Williamsburg admitting to me he has not paid proper taxes on his business for years. I recieved this letter June 4, 2007.
Further, Mr. Murray called me "the optomus prime of cyber crime" and wanted me to tell him some good off shore tax havens to avoid taxes

### 4

Bob Murray told me personally from tree tops outside FCI Williamsburg on May 16, 2007 that he hires illegal immigrants past and present to work for his company.

5

Bob Murray told me personally on Dec 27, 2006, my birthday, in the FCI Williamsburg visitation Room that he participated in the Elizabeth Smart kidnapping, and he killed JonBenet Ramsey

6

- Defendant drives vehicles everyday without wearing a seatbelt, A violation of state law
- Defendant is a Warren Jeffs follower

Conclusion

God Bless the miners forever!

Respectfully Submitted

Jonathan Lee Riches©
U.C.C. 1-308

Jonathan Lee Riches©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400