Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
19 SEP 2007 PM 1 T

United States District Court
Northern District of West Virginia
Clerk of Court
500 West Pike St.
Clarksburg, West Virginia 26302

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: _____

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer