IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**JONATHAN LEE RICHES**

       **Petitioner/Plaintiff,**

       **vs.**                             **Civil Action No.**   **1:07CV130**

**CRANDALL CANYON MINE; BOB MURRAY CEO MURRAY ENERGY; SAGO MINE WEST VIRGINIA.**

       **Respondent/Defendant.**


## NOTICE OF GENERAL GUIDELINES FOR APPEARING PRO SE [1]
## IN FEDERAL COURT

**To:**    **Petitioner:**

       **The above styled action has been assigned to the United States District Judge Keeley and United States Magistrate Judge Kaull.**

Listed below are some guidelines which are relevant to your case:

▸    **Current Address:** Keep the Court and opposing counsel, if any, advised of your most current address **at all times**. Failure to do so may result in your action being dismissed without prejudice.

▸    **Contacting the Court:** Do not send letters or documents directly to the judge(s) assigned to your case.  All contact with the Court must be in writing and sent to the  following address:

> **U.S. District Court**
> P.O. Box 2857
> Clarksburg, WV 26302

▸    Sending Documents to the Court: When filing documents with the Court, **always** file the original plus two copies of each one with the Clerk's Office (use the address noted above).

---

[1] Pro Se means acting as your own attorney.

-1-

Dockets.Justia.com

▸    **Sending Documents to the Respondent:** If the respondent has responded in the case, you are **required** to send a copy of any documents you send to the Court to his or her counsel. You let the Court know that you've done this by completing a certificate of service and attaching it to the original of the document and all copies before you send them to the Court and to the respondent.  (sample certificate attached)

▸    **Legal Advice:** The District Judges, Magistrate Judges, Pro Se Law Clerk and the Clerk's Office cannot provide you with legal advice. They can provide you with the proper forms to file civil actions and advise you as to the status of your case. For example, if you write in and ask "What is happening in my case?"  The Clerk can advise you that it is still before the magistrate, or it is now before the district judge. The Clerk cannot answer questions such as "Should I file a motion for appointment of counsel?" or similar questions. You have to decide those questions on your own. If you have any questions, please contact the Clerk's Office (use the address noted above).

▸    **Rules:** Your case is subject to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of West Virginia. A copy of each of these should be located at your institution for your use. If not, please contact us at the address above and we will contact the institution to ensure that it has a copy of those rules to provide for your use.

AT THE DIRECTION OF THE COURT
Wally Edgell, Ph.D., Clerk of Court

By: _____K. Denny_____
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| _____, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| _____ | ) | Civil Action No.: |
| _____ | ) | |
| _____ | ) | |
| _____ | ) | |
| _____. | ) | |

**Certificate of Service**

I, (your name here), appearing pro se, hereby certify that I have served the

foregoing (title of document being sent) upon the defendant/respondent by depositing true copies

of the same in the United States mail, postage prepaid, upon the following counsel of record for

the defendant/respondent on (insert date here):

*(List name and address of counsel for defendant/respondent)*

_____
(sign your name