IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CLARKSBURG**

JONATHAN LEE RICHES
    Plaintiff/Petitioner,

v.                                                  Case No.: 1:07cv130

CRANDALL CANYON MINE, et. al.
    Defendant/Respondent.

NOTICE OF DEFICIENT PLEADING

To correct the deficient pleading within 30 days of the date of the notice, the Plaintiff/Petitioner must file the item marked with an "X":

☐    The **complete** names of all defendants/respondents, or as much of the names as is known, and a **complete address for each**.

☐    _____ copies of the complaint or pleadings.

☒    An application in forma pauperis to proceed without prepayment of the full or partial filing fees or a fee of $350.00

☒    Consent to Collection of Fees from Trust Account (form enclosed)

☒    Prisoner Trust Account Report (form enclosed)

☐    A Certificate of Service must accompany your _____

☐    Needs to be on correct form (form enclosed)

☐    Other: _____

If the Plaintiff/Petitioner fails to file the items indicated by "X" within 30 days from the date of this notice, the court will dismiss this case for failure to prosecute.

Dated: 9/24/2007

                                                      Wally Edgell, Ph.D.
                                                           Clerk of Court

Enclosures