IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JONATHAN LEE RICHES,**

      **Plaintiff,**

**v.**                                           **Civil Action No. 1:07CV130**
                                                                                           **(Judge Keeley)**

**CRANDALL CANYON MINE,**
**BOB MURRAY, SAGO MINE,**

      **Defendants.**

<u>**ORDER OF REFERENCE**</u>

On September 24, 2007, the <u>pro se</u> plaintiff, Jonathan Lee Riches, filed a civil complaint against the above-named defendants. Pursuant to Title 28, United States Code §§ 636(b)(1)(A) and 636(b)(1)(B) and L.R. Civ. P.7.02(c), and for reasons appearing to the Court, it is **ORDERED** that this action be referred to the Honorable John S. Kaull, United States Magistrate Judge, who is hereby designated and authorized to consider the record and do all things proper to rule on the plaintiff's complaint and any motions filed, dispositive and non dispositive, including, without limitation, conducting a hearing on any motions, if necessary, and entering into the record a written report and recommendations or order as to the appropriate disposition of the complaint.

**RICHES v. CRANDALL CANYON MINE**                                          **1:07CV130**

**ORDER OF REFERENCE**
---

    The clerk is directed to transmit copies of this order of referral to the <u>pro se</u> plaintiff, certified mail, return receipt requested, and to the Honorable John S. Kaull, United States Magistrate Judge.

DATED: September 27, 2007.

                                      <u>/s/ Irene M. Keeley</u>
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE